ITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BORDER MAGIC, LLC, and | ) | |
| E. BERGMAN CO. d/b/a Border | ) | |
| Magic, | ) | 05-2289 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CURB-IT CO. LLC, JAMES KELTON | ) | |
| and MELISSA KELTON, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

This case was commenced on December 28, 2005. The summons and complaint were served on the defendants on January 11, 2006.

On February 2, 2006, an attorney who is neither registered to practice before this court nor enrolled for electronic filing in this district attempted to file a motion for extension of time to respond to the complaint. The documents were returned to the attorney, and he has taken no further steps to enter an appearance on behalf of the defendants. Neither have the defendants entered an appearance on their own behalf.

On May 17, 2006, the plaintiffs filed a motion for entry of default and a motion for default judgment. The defendants have not filed a response to the motions. The Local Rules of the United States District Court, Central District of Illinois, state, "If no response [in opposition to a motion] is timely filed, the presiding judge will presume there is no opposition to the motion and may rule without further notice to the parties." CDIL LR-7.1(B)(2).

The motion for entry of default [#7] is granted. The motion for default judgment [#8] is also granted as to liability, with damages to be established at a hearing on June 13, 2006 at 10:00 a.m. by personal appearance before the Honorable David G. Bernthal.

Entered this 7th day of June, 2006.

**s\Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE