IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BORDER MAGIC LLC and E. BERGMAN COMPANY d/b/a BORDER MAGIC,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>CURB-IT COMPANY, LLC, JAMES KELTON, )<br>and MELISSA KELTON,  )<br>)<br>Defendants.  ) | 05-2289 |

## ORDER APPROVING MAGISTRATE RECOMMENDATION

     A recommendation was filed by the Magistrate Judge in the above cause on September 13, 2006. More than ten working days have elapsed since service of a copy of the recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

     The recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The plaintiffs' motion for default judgment [#8] is granted and the monetary damage component of that judgment shall include the following: $10,000.00 for wrongful detention of the curb laying machine, including lost sales, the value of the machine, and the cost to the plaintiffs for repair or restoration work reasonably anticipated; $250.00 for the operation manual; $3,000.00 for the repair or replacement work done or scheduled to be done; and $2,855.00 in attorney fees and court costs, for a total of $16,105.00.

     This case is terminated.

     ENTERED this 3rd day of October, 2006.

     **s\Harold A. Baker**
_____
HAROLD A. BAKER
U.S. DISTRICT JUDGE